United States District Court
WESTERN DISTRICT OF WASHINGTON

SCOTT A. WHITTINGTON,

    Plaintiff,

    vs.

JUDGMENT IN A CIVIL CASE
CASE NUMBER: C10-5016BHS

INTERNAL REVENUE SERVICE, et al.,

    Defendants.

☐ **Jury Verdict**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **Decision by Court**.    This action came before the Court on Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1). The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The IRS's unopposed motion to dismiss is **GRANTED** and this matter is now closed.

DATE:  September 14, 2010

William M. McCool
Clerk

/s/ Gretchen Craft
(By) Deputy Clerk